## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LORI F. DAVIDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-04-1589-M |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On July 27, 2005, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation [docket no. 17] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of Social Security Administration's ("Commissioner") final decision denying Plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 416(i), 423. Magistrate Judge Purcell recommends that the Commissioner's decision be affirmed. The parties were advised of their right to file objections to the Report and Recommendation by August 16, 2005. No objections have been filed.

The Court has carefully reviewed this matter *de novo*. The Court agrees with Magistrate Judge Purcell's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1) ADOPTS Magistrate Judge Purcell's July 27, 2005 Report and Recommendation;

(2) AFFIRMS the Commissioner's denial of Plaintiff's application for disability insurance benefits under Title II of the Social Security Act; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

**IT IS SO ORDERED this 23rd day of August, 2005.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE